**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**


JAMES HARDIN,

      Plaintiff,

v.                                            Cv. No. 12-2546-Ma

ALPINE POWER SYSTEMS, INC.,

      Defendant.


# JUDGMENT


    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed September 24, 2012.  Each party shall bear its own costs and fees.


**APPROVED:**



  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *September 24, 2012*                    THOMAS M. GOULD
DATE                                   CLERK

                                         *s/  Jean Lee*
                                         (By) DEPUTY CLERK